FILED
SEP 21 2012
[signature] CLERK
Case 5:12-cv-05070-JLV   Document 1   Filed 09/21/12   Page 1 of 1 PageID #:1

United States District Court of S.D.
Office of the Clerk, Chief Judge: Hon. Karen E. Schreier
September 18, 2012

| | |
|---|---|
| Young Yil Jo<br>a Petitioner | under 42 USC 1983 civil rights action with the writ of summons and complaint |
| v | by Federal or the law of the State a granted, a permitted<br>Chief Justice: John Roberts, Attorney General: Eric Holder |
| Six unknown names agents<br>or Mr President of the<br>United States Barack Obama<br>Respondents | under Due Process, Equal Protection, en banc, a question, no force<br>a pleader is an entitled to relief for a review  writ of election<br>we granted certiorari and now reversed, amended, era<br>a petition for a writ of review on a writ of certiorari to a writ of judgment granted<br>writ of trover replevin replevy, infringement, trespass by jury violation<br>no interference, no disturbance  invasion privacy |

an application and required by a party no discrimination his compensation terms conditions racial color religion sex or national origin no good time loss no misconduct Freedom of First Amendment the rights of Fourth Fifth Eighth Eleventh and Fourteenth Amendments nor searches and seizures nor cruel and unusual punishment inflicted nor excessive fines imposed nor deprive life liberty property no deportation no witness testimony to obtain his conviction accused fraud false arrest no assume presumption innocence discharged not guilty acquittal a claim for damages dismiss denied disregard not really dismiss no call his arrest no entrapment no enhancement sentence no conspiracy charge no ineffective assistance counsel no plead guilty by threaten no waiver by custody expunge of criminal records by executive order for Mr President of the United States Barack Obama pardon no lawsuits by felony burglar robbery murder drug maker inadequate medical care need dental terrible pain unhappy depress mental injured victims personal injured no refuse to treat brain tumor no return legal mail undelivered mail no restriction order no court fee by law service required to permitted accused no fee indigent no fee by Equal Protection clause no sue any rights American citizen card benefits welfare medicare full cover enough sufficient no a state comment attachment garnishment an ownership amount of damages is one billion dollars to Young Yil Jo 01183-112     deposit in the bank no tax an earlier served, to Congress and solicitor general or state attorney general or constructively an adopted appointed approved admission a granted entitled entered an end a result one hundred millions dollars donate to Pentagon,   in equity relief pay in full within ten days or one to five years treasury notes, secured, no forged
a most claim authorized proper reasonable match more required to amendment motion for summary judgment injunctive relief himself alone suffice a pro se a conclusion public publication media terminate today a final determination the judgment now reversed and remanded no delay fraud moral conscience fair current writ of mandamus no continue fraud no confine in prison Eighth Amend violation an establish a speedy appropriate a legislative a rehearing a reconsideration a claimant possession promptly an individual personally one vote remedy end of next day immediately determination immediately release by Supreme Court of the United States Equal Rights Amendments required property no treaty inequity sequestration writ of habeas corpus writ of review writ of return writ of replevin and by jury of receipt tender delivery no attempt conspiracy charge 20 years sentenced

a prayer, a most state a claim for  Young Yil Jo   Young Yil Jo 01183-112          a pro se, a Petitioner

an interest rate allowed by law  in cases at the same rate  granted in the most knew of, possession equitable ownership becomes legal ownership equitable estate and is entitled to possession enforced in equity a remedy commensurate concurrent subsequent ownership adopted in similar timely remedy for the same facts a suit in equity to compel to other fund to obtain final determination to the title uniform no intentionally fraud no force to him to sign the paper by jury  bankruptcies throughout