UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
JUL 07 2014
CLERK

| | |
|---|---|
| YOUNG YIL JO, | CIV. 12-5070-JLV |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE |
| SIX UNKNOWN NAMES AGENTS, or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA, | |
| Defendant. | |

On September 21, 2012, plaintiff Young Yil Jo, appearing *pro se*, a prisoner at the Big Spring Federal Correctional Institution in Big Spring, Texas, filed a complaint pursuant to 42 U.S.C. § 1983 claiming various violations of his constitutional rights. (Docket 1). Mr. Yil Jo did not pay the $350 filing fee or file a motion for leave to proceed *in forma pauperis*. On May 27, 2014, the court ordered Mr. Yil Jo to either to pay the $350 filing fee or to file a motion to proceed *in forma pauperis*. (Docket 3). The court advised Mr. Yil Jo that failure to comply with the court's order will result in the dismissal of the complaint without prejudice. Id. at p. 2. The court ordered Mr. Yil Jo to take action on or before June 27, 2014. Id. Mr. Yil Jo did not comply with the court's order, and the time for doing so passed. Accordingly, it is hereby

ORDERED that Mr. Yil Jo's complaint (Docket 1) is dismissed without prejudice.

Dated July 7, 2014.

BY THE COURT:

JEFFREY L. VIKEN
CHIEF JUDGE